■ HARRY LANDAU, Doing Business under the Name of CREDIT CONSULT-ANTS, Appellant, v. COLUMBIA BROADCASTING SYSTEM, INC., et al., Respondents. HARRY LANDAU, Doing Business under the Name of CREDIT CONSULTANTS, Appellant, v. JAMES CAVANAGH, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Botein, Rabin and Cox, JJ. [205 Misc. 357.]

■ In the Matter of the Accounting of PEARL ESTEROW et al., as Executors of HARRY ESTEROW, Deceased, Appellants. PEARL ESTEROW et al., Individually, et al., Appellants; FRANCIS X. STEPHENS, JR., as Special Guardian for CHARLOTTE ESTEROW and Others, Infants, et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs payable out of the estate. No opinion. Concur — Peck, P. J., Cohn, Botein, Rabin and Cox, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE ODDO, Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Cohn, Botein, Rabin and Cox, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE ALVAREZ, Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Cohn, Botein, Rabin and Cox, JJ.

■ FELICITA LAUSELL, Individually and as Administratrix of the Estate of OTILIO LAUSELL, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Botein, Rabin and Cox, JJ.

■ In the Matter of 1985 CRESTON AVE. CORP., Appellant, against TEMPORARY STATE HOUSING RENT COMMISSION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Cohn, Botein, Rabin and Cox, JJ. [See post, p. 949.]

■ JOHN O'NEAL, Respondent, v. ANGELO COSTA, JR., AND SONS, Appellant. — Determination unanimously affirmed, with costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Cohn, Botein, Rabin and Cox, JJ.

■ MURRAY ORENSTEIN, Appellant, v. NATHAN L. SHEINMAN et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Cohn, Botein, Rabin and Cox, JJ.

■ In the Matter of WILMUR RESTAURANTS, INC., Petitioner, against THOMAS E. ROHAN et al., Constituting the State Liquor Authority, Respondents. — Determination unanimously confirmed, with $50 costs and disbursements to the respondents and the petition dismissed. No opinion. Concur — Peck, P. J., Cohn, Botein, Rabin and Cox, JJ.

■ EDWARD DOWD et al., Respondents, v. CHARLES E. BARTON, Appellant, et al., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Botein, Rabin and Cox, JJ.

■ In the Matter of GRAMERCY PARK BUILDING CORPORATION, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [257–265 Fourth Ave., Borough of Manhattan.] — Order unanimously modified so as to reinstate assessment as to land at the sum of $270,000 for each year involved and, as so modified, affirmed. The values now fixed are justified by the record. Settle order on notice. Concur — Peck, P. J., Cohn, Botein, Rabin and Cox, JJ.

■ MARY A. THORNBURG, an Infant, by Her Guardian ad Litem, MIRIAM McG. THORNBURG, et al., Respondents, v. SAFEWAY STORES, INC., et al., Appellants, et al., Defendant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Cohn, Botein, Rabin and Cox, JJ.